**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:17-CV-087-FDW-DCK**

| | |
|---|---|
| JOHN GUIDETTI, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, TIME WARNER CABLE ENTERPRISES, LLC, and TIME WARNER CABLE ENTERPRISES LLC LONG TERM DISABILITY PLAN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19) filed by Elizabeth R. Dangel, concerning Raja Gaddipati, on May 5, 2017. Raja Gaddipati seeks to appear as counsel *pro hac vice* for Defendants Time Warner Cable Enterprises, LLC Long Term Disability Plan and Time Warner Cable Enterprises, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 19 ) is **GRANTED**. Raja Gaddipati is hereby admitted *pro hac vice* to represent Defendants Time Warner Cable Enterprises, LLC Long Term Disability Plan and Time Warner Cable Enterprises, LLC.

**SO ORDERED**.

Signed: May 5, 2017

David C. Keesler
United States Magistrate Judge